UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/30/2020__
```

DELIA LOPEZ,

                             Plaintiff,

        -against-

STAR LEASING COMPANY, PEAK
LOGISTICS LLC, and JOHN DOE,

                             Defendants.

1:19-cv-10810-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        In light of the extension of discovery [ECF #25] and because all Defendants have not yet

appeared in this action,

        IT IS HEREBY ORDERED that the status conference scheduled for August 5, 2020 is

adjourned sine die.

        IT IS FURTHER ORDERED that the Parties should submit a letter on ECF on or before

August 6, 2020 informing the Court of the status of this action.  The letter should be no more

than four pages and should include information relating to the service and expected appearance

of the remaining Defendants, the status of discovery, and the status—but not the content—of

settlement discussions.  The Parties should also indicate whether referral for mediation or a

settlement conference would be appropriate.

        IT IS FURTHER ORDERED that Plaintiff should file proof of service on Defendant Peak

Logistics LLC on ECF by August 6, 2020.

**SO ORDERED**

Dated: July 30, 2020
        New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge